AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

NOLAN KLEIN,

    Petitioner,

V.

DON HELLING, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:01-cv-0211-ECR-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Grounds 20(7) and 20(10) of the petition for a writ of habeas corpus is **DENIED. The petition is DENIED IN ITS ENTIRETY.** IT IS FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

    January 16, 2009                        **LANCE S. WILSON**
                                                          Clerk

                                                          /s/ Kalani Lizares
                                                          Deputy Clerk